NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IRENE KSEPKA<br><br>            Plaintiff,<br>   v.<br>U.S. POSTAL SERVICE, ET AL.,<br><br>            Defendant. | Civil Action No.: 24-301<br><br>**OPINION & ORDER** |

**CECCHI, District Judge.**

This matter comes before the Court by way of Magistrate Judge Michael A. Hammer's Report and Recommendation that Plaintiff's claims against Defendant United States Postal Service ("USPS") and Defendant Rita Morriale ("Morriale") be severed and that the Morriale action be dismissed for lack of subject matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). ECF No. 21. No objections have been filed thereto. The court has considered the history of, and submissions made in, this case, as well as Judge Hammer's Report and Recommendation, and for substantially the same reasons stated therein,

**IT IS** on this 5th day of August, 2025,

**ORDERED** that this Court adopts Judge Hammer's January 16, 2025, Report and Recommendation that the claims in this action be severed, that the claims against USPS shall proceed, and that the Morriale action be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1) and it is further

**ORDERED** that the Clerk of the Court shall sever the claims against the defendants, dismiss the Morriale action, and close the Morriale case.

**SO ORDERED.**

*s/ Claire C. Cecchi*
**CLAIRE C. CECCHI, U.S.D.J.**